ENT JS6

FILED
CLERK, U.S. DISTRICT COURT

APR 2 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                         EASTERN DIVISION
11  LARRY CASSITY,                    No. ED CV 14-0693-SJO (DFM)
12              Petitioner,
13         v.                         JUDGMENT
14  KEVIN R. CHAPPELL,
15              Respondent.
16

17
18      Pursuant to the Order Summarily Dismissing Petition for Lack of
19  Jurisdiction,
20      IT IS ADJUDGED that the petition is summarily dismissed.
21      April 17, 2014.
22  Dated: _____          S. James Otero
23
24                                   S. JAMES OTERO
                                     United States District Judge
25
26           ENTERED
      CLERK, U.S. DISTRICT COURT
27
        APR 22 2014
28
      CENTRAL DISTRICT OF CALIFORNIA
      BY                      DEPUTY